Exhibit 2

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,519,823
Registered Jan. 10, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: ATHLETIC BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 6-0-1979; IN COMMERCE 6-0-1979.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SEC. 2(F).

SER. NO. 684,373, FILED 9-15-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,521,599
Registered Jan. 24, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: SUNGLASSES AND ACCESSORIES FOR SUNGLASSES, NAMELY, REPLACE-MENT LENSES, EAR STEMS AND NOSE PIECES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 3–0–1984; IN COMMERCE 3–0–1984.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SER. NO. 685,035, FILED 9–18–1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,522,692
Registered Jan. 31, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: CLOTHING, NAMELY, SHIRTS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7–0–1980; IN COMMERCE 7–0–1980.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SEC. 2(F).

SER. NO. 684,372, FILED 9–15–1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cls.: 9 and 12

Prior U.S. Cls.: 19 and 26

Reg. No. 1,552,583

# United States Patent and Trademark Office

Registered Aug. 22, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI AVENUE
IRVINE, CA 92714

    FOR: GOGGLES, IN CLASS 9 (U.S. CL. 26).
    FIRST USE 8–29–1978; IN COMMERCE 8–29–1978.
    FOR: HAND GRIPS FOR BICYCLES AND MOTORCYCLES, IN CLASS 12 (U.S. CL. 19).

    FIRST USE 8–1–1976; IN COMMERCE 8–1–1976.
    SEC. 2(F).

    SER. NO. 713,584, FILED 2–29–1988.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

## United States Patent and Trademark Office

Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORA-
TION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOT-
WEAR AND FOOTWEAR, NAMELY, SPORT
SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS,
SWEATSHIRTS, PULLOVERS, COATS, SKI
PANTS, HEADWEAR, CAPS, SHOES, ATHLET-
IC FOOTWEAR, ALL PURPOSE SPORTS

FOOTWEAR AND SOCKS, IN CLASS 25 (U.S.
CLS. 22 AND 39).
FIRST USE 10-0-1997; IN COMMERCE
10-0-1997.
OWNER OF U.S. REG. NOS. 1,356,297,
1,522,692, AND 1,980,039.
SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

## United States Patent and Trademark Office

Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORA-
TION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOT-
WEAR AND FOOTWEAR, NAMELY, SPORT
SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS,
SWEATSHIRTS, PULLOVERS, COATS, SKI
PANTS, HEADWEAR, CAPS, SHOES, ATHLET-
IC FOOTWEAR, ALL PURPOSE SPORTS

FOOTWEAR AND SOCKS, IN CLASS 25 (U.S.
CLS. 22 AND 39).
FIRST USE 10-0-1997; IN COMMERCE
10-0-1997.
OWNER OF U.S. REG. NOS. 1,356,297,
1,522,692, AND 1,980,039.
SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,409,789

## United States Patent and Trademark Office

Registered Dec. 5, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON, FOOTHILL RANCH, CA 92610

FOR: JEWELRY AND TIME PIECES, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12–3–1998; IN COMMERCE 12–3–1998.

OWNER OF U.S. REG. NOS. 1,356,297, 1,980,039 AND OTHERS.

SEC. 2(F).

SER. NO. 75–490,944, FILED 5–26–1998.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,409,789

## United States Patent and Trademark Office

Registered Dec. 5, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON, FOOTHILL RANCH, CA 92610

    FOR: JEWELRY AND TIME PIECES, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
    FIRST USE 12–3–1998; IN COMMERCE 12–3–1998.

    OWNER OF U.S. REG. NOS. 1,356,297, 1,980,039 AND OTHERS.
    SEC. 2(F).

    SER. NO. 75–490,944, FILED 5–26–1998.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,153,943
Registered Oct. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PRESCRIPTION EYEWEAR, NAMELY, SUNGLASSES AND SPECTACLES; EYEWEAR CONTAINING ELECTRONICS DEVICES, NAMELY, PROTECTIVE EYEWEAR, EYEGLASSES, SUNGLASSES AND SPECTACLES; ELECTRONICS, NAMELY PORTABLE DIGITAL ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, AND REVIEWING TEXT, DATA AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN RECORDING, ORGANIZING, AND REVIEWING TEXT, DATA AND AUDIO FILES ON PORTABLE DIGITAL ELECTRONIC DEVICES; TRANSMITTERS, RECEIVERS, SPEAKERS AND PARTS THEREOF FOR USE WITH CELLULAR, WIRELESS COMPUTER AND TELEPHONE COMMUNICATION SYSTEMS; COMMUNICATION DEVICES FOR USE ON EYEWEAR, NAMELY EARPIECES, TRANSMITTERS, RECEIVERS, SPEAKERS AND PARTS THEREOF FOR USE WITH CELLULAR, WIRELESS COMPUTER AND TELEPHONE COMMUNICATION SYSTEMS; WEARABLE AUDIO VISUAL DISPLAY, NAMELY, PROTECTIVE EYEWEAR, EYEGLASSES, SUNGLASSES AND SPECTACLES CONTAINING AN AUDIO VISUAL DISPLAY; WIRELESS TELECOMMUNICATIONS MODULES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-1990; IN COMMERCE 9-1-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,521,599, 3,026,623 AND OTHERS.

SER. NO. 78-750,706, FILED 11-9-2005.

DAVID YONTEF, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# OAKLEY

**Reg. No. 3,771,517**
Registered Apr. 6, 2010

**Int. Cl.: 35**

**SERVICE MARK**
**PRINCIPAL REGISTER**

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL STORE SERVICES FEATURING EYEWEAR, REPLACEMENT LENSES, EYEWEAR NOSEPIECE KITS, CLOTHING, HEAD-WEAR, FOOTWEAR, WATCHES, DECALS, ELECTRONICS DEVICES, POSTERS, ATHLETIC BAGS, HANDBAGS, BACKPACKS AND LUGGAGE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1998; IN COMMERCE 6-1-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,356,297, 1,519,823 AND OTHERS.

SEC. 2(F).

SER. NO. 77-839,676, FILED 10-1-2009.

JENNY PARK, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cl.: 16**

**Prior U.S. Cl.: 38**

Reg. No. 1,908,414

# United States Patent and Trademark Office

Registered Aug. 1, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PRINTED MATERIAL, NAMELY DECALS AND STICKERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 12–0–1993; IN COMMERCE 12–0–1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583 AND OTHERS.

SER. NO. 74–485,862, FILED 2–2–1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

**Int. Cls.: 9 and 25**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39**

Reg. No. 1,980,039

## United States Patent and Trademark Office

Registered June 11, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–0–1993; IN COMMERCE 11–0–1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SHORTS, TROUSERS, PANTS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, SWIMWEAR, HATS, VISORS, CAPS, GLOVES, BELTS, SOCKS, SANDALS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1993; IN COMMERCE 11–0–1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74–485,652, FILED 2–2–1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: 9, 12 and 25

Prior U.S. Cls.: 19, 26 and 39

Reg. No. 1,356,297

## United States Patent and Trademark Office

Registered Aug. 27, 1985

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
#3 WRIGLEY DRIVE
IRVINE, CA 92714

FOR: GOGGLES, SUNGLASSES AND PRO-TECTIVE PADS FOR ELBOWS, FEET AND KNEES, IN CLASS 9 (U.S. CLS. 26 AND 39).

FIRST USE 6-0-1978; IN COMMERCE 6-0-1978.

FOR: VEHICLE PARTS, NAMELY BICYCLE AND MOTORCYCLE HAND GRIPS , IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

FOR: CLOTHING - NAMELY T-SHIRTS; GLOVES; RACING PANTS; HATS; SWEAT-SHIRTS; SPORT SHIRTS, JACKETS, JEANS, JERSEYS AND SKI PANTS, JACKETS, HATS, GLOVES AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF THE WORD "OAKLEY".

SEC. 2(F).

SER. NO. 454,303, FILED 11-25-1983.

JODY HALLER DRAKE, EXAMINING ATTOR-NEY

Int. Cls.: 9, 12 and 25

Prior U.S. Cls.: 19, 26 and 39

Reg. No. 1,356,297

## United States Patent and Trademark Office
Registered Aug. 27, 1985

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
#3 WRIGLEY DRIVE
IRVINE, CA 92714

FOR: GOGGLES, SUNGLASSES AND PRO-
TECTIVE PADS FOR ELBOWS, FEET AND
KNEES, IN CLASS 9 (U.S. CLS. 26 AND 39).
FIRST USE 6-0-1978; IN COMMERCE
6-0-1978.
FOR: VEHICLE PARTS, NAMELY BICYCLE
AND MOTORCYCLE HAND GRIPS , IN CLASS
12 (U.S. CL. 19).
FIRST USE 6-0-1977; IN COMMERCE
6-0-1977.
FOR: CLOTHING - NAMELY T-SHIRTS;
GLOVES; RACING PANTS; HATS; SWEAT-

SHIRTS; SPORT SHIRTS, JACKETS, JEANS,
JERSEYS AND SKI PANTS, JACKETS, HATS,
GLOVES AND SOCKS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 6-0-1977; IN COMMERCE
6-0-1977.
THE MARK CONSISTS OF A FANCIFUL
REPRESENTATION OF THE WORD
"OAKLEY".
SEC. 2(F).

SER. NO. 454,303, FILED 11-25-1983.

JODY HALLER DRAKE, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,519,596

## United States Patent and Trademark Office    Registered Jan. 10, 1989

### TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: SUNGLASSES AND ACCESSORIES FOR SUNGLASSES, NAMELY, REPLACEMENT LENSES, EAR STEMS AND NOSE PIECES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 3–0–1984; IN COMMERCE 3–0–1984.
OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.
SEC. 2(F).

SER. NO. 685,036, FILED 9–18–1987.

MARIA SOLOMON, EXAMINING ATTORNEY

**Int. Cls.: 9 and 25**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**

Reg. No. 3,143,623

Registered Sep. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPEC-TACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND AC-CESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-28-2005; IN COMMERCE 12-28-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACH-WEAR, BLOUSES, SPORTS SHIRTS, JERSEYS, SWIMWEAR, SWIMTRUNKS, SHORTS, UNDER-WEAR, SHIRTS, PANTS, RACING PANTS, SKI AND SNOWBOARD PANTS AND JACKETS, JEANS, VESTS, JACKETS, WETSUITS, SWEATERS, PULL-OVERS, COATS, SWEATPANTS, HEADWEAR, NAMELY, HATS, CAPS, VISORS AND FOOTWEAR, NAMELY WETSUIT BOOTIES, SHOES, SANDALS, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR, THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-28-2006; IN COMMERCE 1-28-2006.

OWNER OF U.S. REG. NOS. 1,521,599, 1,990,262, AND OTHERS.

SN 78-678,933, FILED 7-26-2005.

BRENDAN REGAN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,902,660
Registered July 4, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PRINTED MATERIAL, NAMELY DECALS AND STICKERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 12–0–1993; IN COMMERCE 12–0–1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583 AND OTHERS.

SER. NO. 74–485,875, FILED 2–2–1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

**United States Patent and Trademark Office**   Reg. No. 1,990,262
Registered July 30, 1996

# TRADEMARK
## PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–0–1993; IN COMMERCE 11–0–1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, HATS, VISORS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–0–1994; IN COMMERCE 8–0–1994.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74–485,536, FILED 2–2–1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

Reg. No. 1,990,262

## United States Patent and Trademark Office
Registered July 30, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTIGLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–0–1993; IN COMMERCE 11–0–1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, HATS, VISORS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–0–1994; IN COMMERCE 8–0–1994.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74–485,536, FILED 2–2–1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,496,633

Registered Sep. 2, 2008

# TRADEMARK
## PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACH-WEAR, BLOUSES, SPORTS SHIRTS, JERSEYS, SWIMWEAR, SWIMTRUNKS, SHORTS, UNDER-WEAR, SHIRTS, PANTS, RACING PANTS, SKI AND SNOWBOARD PANTS AND JACKETS, JEANS, VESTS, JACKETS, WETSUITS, SWEATERS, PULL-OVERS, COATS, SWEATPANTS, HEADWEAR, NAMELY, HATS, CAPS, VISORS AND FOOTWEAR,

NAMELY, WETSUIT BOOTIES, SHOES, SANDALS, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR, THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

THE MARK CONSISTS OF A STYLIZED "O."

SN 77-163,078, FILED 4-23-2007.

CHARLES L. JENKINS, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

Reg. No. **2,301,660**

# United States Patent and Trademark Office

Registered Dec. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORA-
TION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: JEWELRY AND TIME PIECES,
NAMELY, WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 12-3-1998; IN COMMERCE
12-3-1998.

OWNER OF U.S. REG. NOS. 1,904,181,
1,984,501, AND 2,209,416.

SER. NO. 75-490,535, FILED 5-26-1998.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

Reg. No. 3,331,124

# United States Patent and Trademark Office

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPEC-
TACLES, PRESCRIPTION EYEWEAR, ANTI GLARE
GLASSES AND SUNGLASSES AND THEIR PARTS
AND ACCESSORIES, NAMELY REPLACEMENT
LENSES, FRAMES, EARSTEMS, AND NOSE PIECES;
CASES SPECIALLY ADAPTED FOR SPECTACLES
AND SUNGLASSES AND THEIR PARTS AND AC-
CESSORIES; AND PROTECTIVE CLOTHING,
NAMELY, RACING PANTS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACH-
WEAR, BLOUSES, SPORTS SHIRTS, JERSEYS,
SWIMWEAR, SWIMTRUNKS, SHORTS, UNDER-
WEAR, SHIRTS, PANTS, SKI AND SNOWBOARD
PANTS AND JACKETS, JEANS, VESTS, JACKETS,
WETSUITS, SWEATERS, PULLOVERS, COATS,
SWEATPANTS, HEADWEAR, NAMELY, HATS,
CAPS, VISORS AND FOOTWEAR, NAMELY WET-
SUIT BOOTIES, SHOES, SANDALS, ATHLETIC
FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR,
THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

SN 78-649,252, FILED 6-13-2005.

RAY THOMAS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,151,994

Registered Oct. 3, 2006

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-13-2005; IN COMMERCE 4-13-2005.

SN 78-529,335, FILED 12-8-2004.

REBECCA SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,771,516**
Registered Apr. 6, 2010

**Int. Cl.: 35**

**SERVICE MARK**
**PRINCIPAL REGISTER**

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL STORE SERVICES FEATURING EYEWEAR, REPLACEMENT LENSES, EYEWEAR NOSEPIECE KITS, CLOTHING, HEAD-WEAR, FOOTWEAR, WATCHES, DECALS, ELECTRONICS DEVICES, POSTERS, ATHLETIC BAGS, HANDBAGS, BACKPACKS AND LUGGAGE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-1998; IN COMMERCE 6-1-1998.

OWNER OF U.S. REG. NOS. 1,984,501, 3,098,281 AND OTHERS.

THE MARK CONSISTS OF AN ELLIPSOID "O".

SER. NO. 77-839,643, FILED 10-1-2009.

JENNY PARK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,785,868**

**Registered May 4, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY, SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY, REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-5-2009; IN COMMERCE 5-5-2009.

THE MARK CONSISTS OF AN ELLIPSOID "O" BROKEN INTO A GEOMETRIC PATTERN OF BLACK AND WHITE SHAPES.

SN 77-668,227, FILED 2-11-2009.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,300,245

Registered Dec. 14, 1999

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORA-
TION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, NAMELY, T-SHIRTS,
BEACHWEAR, BLOUSES, SPORTS SHIRTS,
JERSEYS, SHORTS, SHIRTS, PANTS, RACING
PANTS, SKI PANTS, VESTS, JACKETS,
SWEATERS, PULLOVERS, COATS, SWEAT-
PANTS, SWEATSHIRTS, HEADWEAR,
NAMELY, HATS, CAPS, AND FOOTWEAR,
NAMELY, SHOES, ATHLETIC FOOTWEAR,
ALL PURPOSE SPORTS FOOTWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1994; IN COMMERCE
11–0–1994.

OWNER OF U.S. REG. NOS. 1,904,181,
1,990,262, AND OTHERS.

SN 75–154,317, FILED 8–22–1996.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,207,455

Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORA-
TION)
10 HOLLAND
IRVINE, CA 92718

FOR: LUGGAGE, DUFFLE BAGS, ATHLET-
IC BAGS, LUGGAGE BAGS WITH ROLLERS,
WRIST MOUNTED CARRYALL BAGS, TOTE
BAGS, ALL PURPOSE SPORTS BAGS, KNAP-

SACKS AND BACKPACKS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).
FIRST USE 9–0–1995; IN COMMERCE
9–0–1995.
OWNER OF U.S. REG. NOS. 1,904,181,
1,990,262, AND OTHERS.

SN 75–126,266, FILED 6–27–1996.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

Reg. No. 2,209,416

## United States Patent and Trademark Office

Registered Dec. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORA-
TION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE
EYEWEAR, NAMELY, GOGGLES, AND THEIR
PARTS AND ACCESSORIES, NAMELY, CASES
SPECIALLY ADAPTED FOR PROTECTIVE
AND/OR ANTI-GLARE EYEWEAR AND
THEIR PARTS AND ACCESSORIES, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-1998; IN COMMERCE
8-0-1998.

FOR: CLOTHING, HEADWEAR AND FOOT-
WEAR, NAMELY, T-SHIRTS, HATS, SHORTS,
SHIRTS, PANTS, JACKETS, SWEATSHIRTS,
SHOES, AND PULLOVERS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 10-5-1995; IN COMMERCE
10-5-1995.

OWNER OF U.S. REG. NOS. 1,904,181,
1,990,262, AND OTHERS.

SN 75-066,557, FILED 3-1-1996.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 1,927,106
Registered Oct. 17, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PRINTED MATERIAL, NAMELY DECALS AND STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1993; IN COMMERCE 12-0-1993.

SER. NO. 74–488,319, FILED S.R. 2–9–1994 AM. P.R. 2–9–1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

**Int. Cls.: 9 and 25**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39**

Reg. No. 1,984,501

# United States Patent and Trademark Office

Registered July 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING AND HEADWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, JACKETS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

SN 74-485,534, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 2 and 26

Reg. No. 1,904,181

## United States Patent and Trademark Office

Registered July 11, 1995

### TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS, CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 2 AND 26).

FIRST USE 10-18-1993; IN COMMERCE 10-18-1993.

SER. NO. 74-478,015, FILED 1-10-1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 2 and 26

**United States Patent and Trademark Office**

Reg. No. 1,904,181
Registered July 11, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS, CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 2 AND 26).

FIRST USE 10–18–1993; IN COMMERCE 10–18–1993.

SER. NO. 74–478,015, FILED 1–10–1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,693,071**
Registered Oct. 6, 2009

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

**Int. Cl.: 18**

FOR: TRAVELING BAGS AND BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-11-2008; IN COMMERCE 1-11-2008.

**TRADEMARK**
**PRINCIPAL REGISTER**

SN 77-167,595, FILED 4-27-2007.

CHARLES L. JENKINS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office