# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-04013 |
| Plaintiffs, | **Judge Rebecca R. Pallmeyer** |
| v. | **Magistrate Judge Maria Valdez** |
| BIXIANG LIN, et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FRCP 4(f)(3)

Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (together, "Plaintiffs") seek this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 7th day of April 2016.                    Respectfully submitted,


                                                     /s/ Justin R. Gaudio
                                                     Kevin W. Guynn
                                                     Amy C. Ziegler
                                                     Justin R. Gaudio
                                                     Jessica L. Bloodgood
                                                     Greer, Burns & Crain, Ltd.
                                                     300 South Wacker Drive, Suite 2500
                                                     Chicago, Illinois 60606
                                                     312.360.0080
                                                     312.360.9315 (facsimile)
                                                     kguynn@gbclaw.net
                                                     aziegler@gbclaw.net
                                                     jgaudio@gbclaw.net
                                                     jbloodgood@gbclaw.net

                                                     *Counsel for Plaintiffs*
                                                     *Luxottica Group S.p.A and Oakley, Inc.*