# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-04013 |
| Plaintiffs, | **Judge Rebecca R. Pallmeyer** |
| v. | **Magistrate Judge Maria Valdez** |
| BIXIANG LIN, et al., | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, April 13, 2016, at 8:45 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Judge Rebecca R. Pallmeyer in Courtroom 2141 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to FRCP 4(f)(3), and Motion for Leave to File Under Seal.

Dated this 7th day of April 2016.		Respectfully submitted,


			/s/ Justin R. Gaudio
			Kevin W. Guynn
			Amy C. Ziegler
			Justin R. Gaudio
			Jessica L. Bloodgood
			Greer, Burns & Crain, Ltd.
			300 South Wacker Drive, Suite 2500
			Chicago, Illinois 60606
			312.360.0080 / 312.360.9315 (facsimile)
			kguynn@gbclaw.net
			aziegler@gbclaw.net
			jgaudio@gbclaw.net
			jbloodgood@gbclaw.net

			*Counsel for Plaintiffs*
			*Luxottica Group S.p.A and Oakley, Inc.*