**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-04013 |
| Plaintiffs, | **Judge Rebecca R. Pallmeyer** |
| v. | **Magistrate Judge Maria Valdez** |
| BIXIANG LIN, et al., | |
| Defendants. | |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Luxottica Group S.p.A, by and through its undersigned counsel, certifies that it is a publicly traded Joint Stock Company (NYSE: LUX). Plaintiff Oakley, Inc., by and through its undersigned counsel, certifies that it is an indirect, wholly-owned subsidiary of Luxottica Group S.p.A.

Dated this 7th day of April 2016.         Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*
*Luxottica Group S.p.A and Oakley, Inc.*