IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Luxottica Group S.p.A., et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 16 C 4013 |
| | ) |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

Motion hearing held on 4/13/2016. Plaintiffs' *Ex Parte* motion for entry of a Temporary Restraining Order, including a temporary injunction, a temporary transfer of the Defendant Domain Names, a temporary asset restraining, and expedited discovery [10] granted. Plaintiffs' motion for electronic service of process pursuant to FRCP 4(f)(3) [30] granted. Plaintiffs' motion for leave to file under seal [7] granted. Status hearing set for 4/25/2016 at 9:30 AM.

ENTER:

Dated: April 13, 2016

REBECCA R. PALLMEYER
United States District Judge

(T:00:01)

