# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Luxottica Group S.p.A., et al.

                                      Plaintiff,

v.

                                      Case No.: 1:16−cv−04013

                                      Honorable Rebecca R. Pallmeyer

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' Motion for Entry of Default and Default Judgment against the Defendants Identified in Schedule A with the Exception of Certain Defendants [53] is granted. Motion hearings set for 6/6/2016 at 9:00 a.m. is stricken, no appearance is necessary. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.